IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
VICTOR DOZIER-BEY,          )
a.k.a. VICTOR LEE           )
DOZIER,                     )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )     2:14cv1077-MHT
                            )         (WO)
CHAPLAIN STEVEN SMITH,      )
                            )
     Defendant.             )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit alleging that Chaplain Steven Smith violated his First Amendment rights. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss should be granted and that plaintiff's case should be dismissed without prejudice. No objection to the recommendation has been received. After an independent and de novo review of the record, the

**court concludes that the magistrate judge's recommendation should be adopted.**

**An appropriate judgment will be entered.**

**DONE, this the 12th day of March, 2015.**

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**